Check No. 1183496

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-03339-JJT | 501-0 | THOMAS EDWARD QUINN<br>Start Payment Date 7/2012  Pmt#: 56<br>Original Check written to:<br>***BANK OF AMERICA, N.A.<br>ATTN: JUNE SCHWEITZER<br>4200 AMON CARTER BLVD<br>FORT WORTH, TX  76155 | 23130994/RMMP<br>Pmt for: 2/2017 | 173 SANBOURNE ST | 555.18 | 0.00 | 555.18 |
| 12-03339-JJT | 501-0 | THOMAS EDWARD QUINN<br>Start Payment Date 3/2017  Pmt#: 57<br>Original Check written to:<br>***BANK OF AMERICA, N.A.<br>ATTN: JUNE SCHWEITZER<br>4200 AMON CARTER BLVD<br>FORT WORTH, TX  76155 | 23130994/RMMP<br>Pmt for: 3/2017 | 173 SANBOURNE ST | 555.18 | 0.00 | 555.18 |
| 12-03339-JJT | 501-0 | THOMAS EDWARD QUINN<br>Start Payment Date 7/2012  Pmt#: 58<br>***BANK OF AMERICA, N.A.<br>ATTN: JUNE SCHWEITZER<br>4200 AMON CARTER BLVD<br>FORT WORTH, TX  76155 | 23130994/RMMP<br>Pmt for: 4/2017 | 173 SANBOURNE ST | 555.18 | 0.00 | 555.18 |
| 12-03339-JJT | 501-0 | THOMAS EDWARD QUINN<br>Start Payment Date 7/2012  Pmt #: 59<br>****BANK OF AMERICA, N.A.<br>ATTN: JUNE SCHWEITZER<br>4200 AMON CARTER BLVD<br>FORT WORTH, TX  76155 | 23130994/RMMP<br>Pmt for: 5/2017 | 173 SANBOURNE ST | 555.18 | 0.00 | 555.18 |
| 12-03339-JJT | 501-0 | THOMAS EDWARD QUINN<br>Start Payment Date 7/2012  Pmt #: 60<br>****BANK OF AMERICA, N.A.<br>ATTN: JUNE SCHWEITZER<br>4200 AMON CARTER BLVD<br>FORT WORTH, TX  76155 | 23130994/RMMP<br>Pmt for: 6/2017 | 173 SANBOURNE ST | 555.18 | 0.00 | 555.18 |
| 12-05039-RNO | 011-0 | LARRY E. MANN, SR.<br>Original Check written to:<br>ONEMAIN FINANCIAL<br>P.O. BOX 70923<br>CHARLOTTE, NC  28272- | 6005 | 1,286.77 | 2,852.09 | 0.00 | 2,852.09 |
| 12-05621-JJT | 999-0 | FAUSTINO ARROYO<br>Original Check written to:<br>FAUSTINO ARROYO<br>A17 10TH STREET<br>APT. 26<br>UNION CITY, NJ  07087- | | 0.00 | 460.65 | 0.00 | 460.65 |
| 12-06177-JJT | 014-0 | MARGIE GARY<br>Original Check written to:<br>MID AMERICA BANK & TRUST COMPANY<br>P.O. BOX 90340<br>SIOUX FALLS, SD  57109- | 3468 | 156.19 | 8.40 | 0.00 | 8.40 |
| 12-06734 RNO | 999-0 | ROSE M. YETTER<br>Original Check written to:<br>Rose M. Yetter<br>44 Glen Avenue<br>Glen Rock, PA  17327 | | 54.64 | | | 54.64 |
| 12-07007 RNO | 022-0 | MICHAEL B. STAMBAUGH<br>ORIGINAL CHECK WRITTEN TO:<br>YELLOW BIRD CONDO ASSOC<br>209 TRIMPER AVE<br>BAYSIDE BLOCK<br>OCEAN CITY, MD  21842 | | 2,193.93 | | | 2,193.93 |
| 13-00041 RNO | 013-0 | JESUS ANTENOR ROQUE<br>EILEEN WHELAN ROQUE<br>ORIGINAL CHECK WRITTEN TO:<br>DEPARTMENT OF VETERAN AFFAIRS<br>ATTN; JANEECIA BING<br>PO BOX 13399<br>PHILADELPHIA, PA  19101 | | 9.27 | | | 9.27 |