```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 12-06734-RNO
Rose M. Yetter                                                Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: PRadginsk          Page 1 of 1              Date Rcvd: Jun 12, 2018
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db             +Rose M. Yetter,    44 Glen Avenue,    Glen Rock, PA 17327-1314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 Rose M. Yetter adlitem@pa.net
              James  Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M & T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rose M. Yetter,           Chapter    13

    **Debtor 1**

         Case No.    1:12–bk–06734–RNO

Social Security No.:
         xxx–xx–2607

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 12, 2018          By the Court,

         *[signature]*

         Honorable Robert N. Opel, II
         United States Bankruptcy Judge
         By: PRadginsk, Deputy Clerk

**fnldec** (05/18)